UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00564-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF Nos. 5, 7) |

  Plaintiff Israel Ramirez is appearing pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

  On May 20, 2022, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for failure to exhaust the administrative remedies. (ECF No. 5.) In that order, the Court also provided Plaintiff with the applicable legal standards and advised that he failed to state a cognizable claim for relief. (Id.)

  On June 2, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 7.) Based on Plaintiff's response to the order, the Court finds that dismissal of the action for failure to exhaust the administrative remedies is not clear from the face of the complaint, and the "failure to exhaust is an affirmative defense under the PLRA, and ... inmates are not required to specially plead or demonstrate exhaustion in their complaints." Jones v. Bock, 549 U.S. 199, 216 (2007). Accordingly, the Court will discharge the order to show cause and allow Plaintiff the opportunity to file an amended complaint.

However, the Court is not making any dispositive ruling as exhaustion of the administrative remedies which may be addressed by Defendants via a motion for summary judgment.

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause issued on May 20, 2022 (ECF No. 5) is discharged;
2. The Clerk's Office shall send Plaintiff a civil rights complaint form;
3. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint in compliance with the Court's May 20, 2022 order;
4. Plaintiff's amended complaint shall not exceed twenty-five (25) pages in length, and it must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220; and
5. If Plaintiff fails to file an amended complaint in compliance with this order, the Court will recommend to a district judge that this action be dismissed consistent with the reasons stated in the Court's May 20, 2022 order.

IT IS SO ORDERED.

Dated: **June 3, 2022**

UNITED STATES MAGISTRATE JUDGE