1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                               **EASTERN DISTRICT OF CALIFORNIA**

10

11   ISRAEL RAMIREZ,                          )   Case No. 1:22-cv-00564-JLT-SAB (PC)
                                              )
12              Plaintiff,                    )
                                              )   ORDER ADOPTING FINDINGS AND
13        v.                                  )   RECOMMENDATIONS AND DENYING
                                              )   PLAINTIFF'S MOTION FOR IMMEDIATE
14   PEREZ, et al.,                           )   RELEASE FROM PRISON
                                              )
15              Defendants.                   )   (Docs. 7, 9)
                                              )
16   _____       )

17        The Magistrate Judge issued findings and recommendations recommending that Plaintiff's

18   motion for immediate release from prison be denied.  (Doc. 9.)  The court served the findings and

19   recommendations and advised Plaintiff that objections were due within fourteen days.  (*Id*. at 4.)

20   Plaintiff filed objections.  (Doc. 12.)

21        According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case.

22   Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the

23   findings and recommendations are supported by the record and by proper analysis.  The objections do

24   not undermine the central point of the findings and recommendations:  that Plaintiff cannot obtain

25   release from custody as a remedy in this civil rights case.  The exclusive mechanism for a prisoner

26   seeking release from custody is a motion for habeas corpus.  Although Plaintiff mentioned the term

27   "habeas corpus" in his motion for emergency relief, the arguments he makes in support of release—to

28   the extent the court can discern those arguments—concern the provision of medical care.  His motion

                                              1

cannot reasonably be construed as a petition for habeas corpus.  Thus, the Court **ORDERS**:

    1.     The findings and recommendations issued on May 31, 2022 (Doc. 9) are adopted in full.

    2.     Plaintiff's motion for immediate release from prison (Doc. 7) is **DENIED**.

IT IS SO ORDERED.

  Dated:   **June 16, 2022**

UNITED STATES DISTRICT JUDGE