UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RAMIREZ,<br><br>           Plaintiff,<br><br>   v.<br><br>PEREZ, et al.,<br><br>           Defendants. | Case No. 1:22-cv-00564-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>(ECF No. 17) |

      Plaintiff Israel Ramirez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on May 11, 2022.

      On May 20, 2022, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for failure to exhaust the administrative remedies. (ECF No. 5.) In that order, the Court also provided Plaintiff with the applicable legal standards and advised that he failed to state a cognizable claim for relief. (Id.)

      On June 2, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 7.) Based on Plaintiff's response to the order, the Court discharged the order to show cause and directed Plaintiff to file an amended complaint. (ECF No. 11.)

      On June 21, 2022, Plaintiff filed a first amended complaint, which is pending review pursuant to 28 U.S.C. 1915A. (ECF No. 16.)

      On July 27, 2022, Plaintiff filed a motion to amend the complaint. (ECF No. 17.)

1

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

Plaintiff's motion is difficult to understand and the Court cannot decipher the exact nature of the filing.  In his motion, Plaintiff states, in part, "My medical condition is getting worsen and medical is not taking care of me[.]"  (ECF No. 17.)  Under Local Rule 220, Plaintiff may not amend the complaint by adding new information submitted separately from the complaint. To add information or make a correction to the complaint, Plaintiff must file an amended complaint which is complete in itself, without reference to prior complaints.  As the Court has yet to screen Plaintiff's first amended complaint, filed on June 21, 2022, and the Court cannot determine the exact nature of any alleged amendment, Plaintiff's motion to amend the complaint is denied.

IT IS SO ORDERED.

Dated:   **July 28, 2022**

_____
UNITED STATES MAGISTRATE JUDGE