# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RAMIREZ,<br><br>      Plaintiff,<br><br>   v.<br><br>PEREZ, et al.,<br><br>      Defendants. | Case No. 1:22-cv-00564-JLT-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 19) |

Plaintiff Israel Ramirez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 3, 2022, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted one final opportunity to amend the complaint within thirty days. (ECF No. 19.)  Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **September 12, 2022**

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28