UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RAMIREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>PEREZ, et al.,<br><br>          Defendants. | Case No. 1:22-cv-00564-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 21) |

Plaintiff filed a first amended complaint on June 21, 2022.  (Doc. 16.)  The Court screened it and found it set forth no cognizable claims because of the "illegible and incomprehensible nature of the complaint." (Doc. 19) The Court granted Plaintiff thirty days to file second amended complaint. *Id.*

Plaintiff failed to file a second amended complaint or otherwise respond to the Court's order.  Therefore, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (Doc. 20.)  Plaintiff failed to respond. Therefore, the Court issued Findings and Recommendations to dismiss the action for failure to state a cognizable claim for relief, failure to comply with a court order and failure to prosecute.  (Doc. 21.)  The Court served Findings and Recommendations on Plaintiff, which contained notice that objections were due within fourteen days.  (*Id.*)

Plaintiff filed an untimely response to the order to show cause.  (Doc. 22.)  The Court construes Plaintiff's response as objections to the Findings and Recommendations.  However, the

objections do not meaningfully address any of the Court's prior orders or the Findings and Recommendations. According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 7, 2022 (Doc. 21) are **ADOPTED IN FULL**.

2. The instant action is **DISMISSED** for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: __**November 18, 2022**__               *[signature]*
                                              UNITED STATES DISTRICT JUDGE

2